IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HEATHER ENGLISH, <br> JOE HAWLEY, and <br> ROBIN BROUSSARD, <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS FARM BUREAU BUSINESS CORPORATION, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY, and TEXAS FARM BUREAU, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br> CIVIL ACTION NO. 6:17-cv-00323-ADA-JCM <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS NOTICE OF FILING CONSENT**

Pursuant to 29 U.S.C. § 216(b), the following individual hereby submits written Notice of Consent:

1. Booker Young (Ex. 1).

*(Signatures on following page)*

Respectfully submitted,

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By:    */s/ John Eddie Williams, Jr.*
     John Eddie Williams, Jr.
     Texas Bar No. 21600300
     S.D. Tex. Bar No. 5179
     jwilliams@williamskherkher.com
     Brian A. Abramson
     Texas Bar No. 24050193
     S.D. Tex. Bar No. 634741
     babramson@williamskherkher.com
     Sean M. McCarthy
     Texas Bar No. 24065706
     S.D. Tex. Bar No. 987779
     smccarthy@williamskherkher.com
     8441 Gulf Freeway, Suite 600
     Houston, Texas 77017
     Telephone: 713-230-2200
     Facsimile: 713-643-6226

**WYLY & COOK, PLLC**

By:    /s/ *Kelly E. Cook*
     Kelly E. Cook
     State Bar No. 24062675
     S.D. Tex. Bar No: 1022069
     kcook@wylycooklaw.com
     Warren A. Berlanga
     State Bar No. 24085199
     S.D. Tex. Bar No: 2611869
     wberlanga@wylycooklaw.com
     4101 Washington Ave. 2nd Floor
     Houston, TX 77007
     Telephone: (713) 236-8330
     Facsimile: (713) 863-8502

**MCDOWELL HETHERINGTON LLP**

By:    */s/ Avi Moshenberg*
      Avi Moshenberg
      State Bar No. 24083532
      avi.moshenberg@mhllp.com
      Nick Lawson
      State Bar No. 24083367
      nick.lawson@mhllp.com
      William B. Thomas
      State Bar No. 24083965
      william.thomas@mhllp.com
      1001 Fannin, Suite 2700
      Houston, TX 77002
      Telephone: (713) 337-5580
      Facsimile: (713) 337-8850

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I certify that on May 3, 2019, a copy of the foregoing was electronically filed using the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

                                                */s/ Sean H. McCarthy*