**FILED**
September 22, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____M. Miller_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HEATHER ENGLISH, JOE HAWLEY and ROBIN BROUSSARD, § § § Plaintiffs, § § v. § § TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, and SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY, § § § § § § § § § § § § Defendants. § | CASE NO. 6:17-cv-00323-ADA-JCM |

**ORDER**

Before the Court is the Joint Motion for Limited Extension of Deadline to Depose Certain Opt-Ins and Expert Deadline. Upon consideration, the Court finds the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the fact discovery deadline is extended for the limited purpose of taking the depositions of Opt-Ins Kacie Mercer, Cynthia Thorp, Mindy Jones and Timothy Prefume by **October 11, 2021**. Plaintiffs shall provide dates for these depositions no later than **September 23, 2021**.

IT IS FURTHER ORDERED that the Parties may supplement their discovery responses by **October 15, 2021** for (i) information learned during the October Opt-In depositions and (ii) Plaintiff's damages computations pursuant to Rule 26(a)(1)(A)(iii).

IT IS FURTHER ORDERED that the deadline to complete expert discovery is stayed. The Parties shall propose an expert discovery deadline as part of the proposed Scheduling Order to be submitted thirty (30) days after the Court's ruling on Defendants' Motion for Decertification.

SO ORDERED this 22nd day of September, 2021.

_____
HONORABLE JEFFREY C. MANSKE
United States Magistrate Judge